IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERDIGITAL COMMUNICATIONS, INC., a Delaware corporation, INTERDIGITAL TECHNOLOGY CORPORATION, a Delaware corporation, IPR LICENSING, INC., a Delaware corporation, and INTERDIGITAL HOLDINGS, INC., a Delaware corporation, <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> HUAWEI TECHNOLOGIES CO., LTD., a Chinese corporation, FUTUREWEI TECHNOLOGIES, INC. D/B/A/ HUAWEI TECHNOLOGIES (USA), a Texas corporation, and HUAWEI DEVICE USA, INC., a Texas corporation, <br><br> Defendants/Counterclaim-Plaintiffs. | C.A. No. 13-08-RGA <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANTS' MOTION FOR EXPEDITED DISCOVERY AND EXPEDITED TRIAL ON FRAND COUNTERCLAIMS

Defendants Huawei Technologies Co., Ltd., Futurewei Technologies, Inc. and Huawei Device USA, Inc. respectfully move this Court to set an expedited schedule for discovery and trial as to the obligation of plaintiffs InterDigital Communications, LLC, InterDigital Technology Corporation, IPR Licensing, Inc., and InterDigital Holdings, Inc. to license the asserted patents on fair reasonable and non-discriminatory ("FRAND") terms. The grounds for this motion are fully set forth in Defendants' Opening Brief in Support of its Motion for Expedited Discovery and Expedited Trial on FRAND Counterclaims filed concurrently herewith.

| | |
|---|---|
| DATED: February 11, 2013 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| -Of Counsel- | /s/ Adam W. Poff |
| | _____ |
| Stanley Young | Martin S. Lessner (No. 3109) |
| Robert T. Haslam | Adam W. Poff (No. 3990) |
| COVINGTON & BURLING LLP | Monté T. Squire (No. 4764) |
| 333 Twin Dolphin Drive | Rodney Square |
| Redwood Shores, CA 94065 | 1000 N. King Street |
| (650) 632-4700 | Wilmington, DE 19801 |
| | (302) 571-6600 |
| | mlessner@ycst.com |
| David W. Haller | apoff@ycst.com |
| COVINGTON & BURLING LLP | msquire@ycst.com |
| 620 Eighth Avenue | |
| New York, New York 10018 | *Attorneys for Huawei Technologies Co., Ltd., Futurewei Technologies, Inc., and Huawei Device USA, Inc.* |
| (212) 841-1057 | |
| | |
| Winslow Taub | |
| COVINGTON & BURLING LLP | |
| One Front Street | |
| San Francisco, CA 94111 | |

# **CERTIFICATE OF SERVICE**

I, Adam W. Poff, Esquire, hereby certify that on February 11, 2013, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Neal C. Belgam, Esquire
> Melissa N. Donimirski, Esquire
> Proctor Heyman LLP
> 300 Delaware Avenue, Suite 200
> Wilmington, DE 19801
> (302) 472-7300
> *nbelgam@proctorheyman.com*
> *mdonimirski@proctorheyman.com*

I further certify that on February 11, 2013, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following:

> Ron E. Shulman
> Latham & Watkins
> 140 Scott Drive
> Menlo Park, CA 94025
> *Ron.Shulman@lw.com*
>
> Maximilian A. Grant
> Bert C. Reiser
> Latham & Watkins
> 555 Eleventh Street, N.W., Ste. 1000
> Washington, DC 20004
> *Max.Grant@lw.com*
> *Bert.Reiser@lw.com*

2

David S. Steuer
Michael B. Levin
Maura L. Rees
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
*dsteuer@wsgr.com*
*mlevin@wsgr.com*
*mrees@wsgr.com*

        YOUNG CONAWAY STARGATT
         & TAYLOR, LLP

   /s/ *Adam W. Poff*
_____
Martin S. Lessner (No. 3109)
Adam Wyatt Poff (No. 3990)
Monté T. Squire (No.4764)
Rodney Square
1000 North King Street
Wilmington, DE 19801
mlessner@ycst.com
apoff@ycst.com
msquire@ycst.com

*Attorneys for Defendants Huawei
Technologies Co. Ltd. And Futurewei
Technologies, Inc.*

2

01: 11707733.1