IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTERDIGITAL COMMUNICATIONS,  :
INC., a Delaware corporation,  :
INTERDIGITAL TECHNOLOGY  :
CORPORATION, a Delaware corporation,  :
IPR LICENSING, INC., a Delaware  :
corporation, and INTERDIGITAL  :
HOLDINGS, INC., a Delaware corporation,  :
 :
Plaintiffs,  :
 :           C.A. No. 1:13-cv-00008-UNA
v.  :
 :
HUAWEI TECHNOLOGIES CO., LTD., a  :        **JURY TRIAL DEMANDED**
Chinese corporation, FUTUREWEI  :
TECHNOLOGIES, INC. D/B/A HUAWEI  :
TECHNOLOGIES (USA), a Texas  :
corporation, and HUAWEI DEVICE USA,  :
INC., a Texas corporation,  :
 :
Defendants.  :

**STIPULATION AND [PROPOSED] ORDER
RESPECTING PLAINTIFFS' RESPONSE TO COUNTERCLAIMS
AND BRIEFING SCHEDULE ON MOTION FOR EXTENSION**

WHEREAS, Defendants Huawei Technologies Co., Ltd. Futurewei Technologies, Inc.

d/b/a Huawei Technologies (USA), and Huawei Device USA, Inc. (collectively "Huawei") filed

certain counterclaims (the "Counterclaims") on January 24, 2013; and

WHEREAS, Plaintiffs InterDigital Communications, Inc., InterDigital Technology

Corporation, IPR Licensing, Inc., and InterDigital Holdings, Inc. (collectively "InterDigital")

requested a 30 day extension of their time to respond to the Counterclaims and that request was

refused; and

WHEREAS, on February 1, 2013, InterDigital filed its Motion for Extension and the Court set March 1, 2013 as the hearing date should the Court require argument on the motion; and

WHEREAS, as a courtesy to the Court and InterDigital, Huawei agreed to extend the time for InterDigital to respond to the Counterclaims through the March 1, 2013 hearing date

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as follows:

1.     The time for InterDigital to respond to the Counterclaims is extended through and including Friday, March 1, 2013.

2.     InterDigital's reply in support of its motion for extension shall be filed on or before Wednesday, February 27, 2013.


PROCTOR HEYMAN LLP

*/s/ Neal C. Belgam*
Neal C. Belgam (# 2721)
E-mail: nbelgam@proctorheyman.com
Melissa N. Donimirski (#4701)
E-mail: mdonimirski@proctorheyman.com
300 Delaware Avenue, Suite 200
Wilmington, Delaware  19801
(302) 472-7300

Attorneys for Plaintiffs


Dated:  February 18, 2013


YOUNG, CONAWAY, STARGATT & TAYLOR LLP

*/s/ Adam W. Poff*
Martin S. Lessner (# 3109)
Adam W. Poff, Esquire (#3990)
Monte T. Squire (# 4764)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
mlessner@ycst.com
apoff@ycst.com
jhiggins@ycst.com

Attorneys for Defendants

OF COUNSEL:

Stanley Young
Robert T. Haslam
Covington & Burling LLP
333 Twin Dolphin Drive
Redwood Shores, CA 94065
(650) 632-4700

David H. Haller
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
(212) 841-1057

Winslow Taub
Covington & Burlington LLP
One Front Street
San Francisco, CA 94111

SO ORDERED this _____ day of February, 2013.

_____
J.